ATILIO CALABRISI, Respondent, v. JOHN BERO, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

LOUIS STEINER, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

(November 30, 1951.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD J. SADNESS, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 687.]